IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHANE LEE LEDFORD                                                                         PLAINTIFF

v.                                          Case No. 6:23-cv-6091

JUDGE CHRIS WILLIAMS and
DEPUTY PROSECUTING ATTORNEY
A. DAVIS JARED                                                                           DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed August 16, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Ford recommends that Plaintiff's complaint (ECF No. 1) be dismissed without prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge